IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISON

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. |
| V. | § | |
| | § | |
| BLANCA JUAREZ MARTINEZ & | § | |
| ALL OCCUPANTS | § | |
| | § | |
| Defendant | § | |

## EXHIBIT A

## INDEX OF DOCUMENTS FILED IN STATE COURT – EXHIBIT A

| NO. | DATE FILED OR ENTERED | DOCUMENT |
|---|---|---|
| B | | State Court Docket Sheet |
| C | 4/07/2015 | OCA Appeal |
| D | 4/07/2015 | JP Sworn Complaint for Eviction |
| E | | JP Judgment |
| F | 4/07/2015 | JP Pauper's Affidavit |
| G | 4/07/2015 | JP Transcript of Judgment |
| H | 4/07/2015 | Letter Notifying Parties of case filing |
| I | 4/07/2015 | Letter to Pauper Pro bono Option |
| J | 06/05/2015 | Notice of Appearance of Counsel |
| K | 06/09/2015 | Affidavit of Business Records |
| L | 06/10/2015 | Notice of Business Records |
| M | 06/18/2015 | Request |

| N | 06/18/2015 | Order Setting Trial |
| O | | Certificate of Interested Persons |

**EXHIBIT B**

JP6 CIVIL DOCKET

# CASE SUMMARY
## CASE NO. JP06-15-E00054594

| | | |
|---|---|---|
| BANK OF AMERICA, N.A.<br>vs.<br>BLANCA JUAREZ MARTINEZ<br>AND ALL OCCUPANTS | §<br>§<br>§<br>§ | Location: JP NARRANT COUNTY TEXAS<br>Judicial Officer: Ritchie, Gary<br>Filed on: 03/11/2015 |

*FILED*
*WARRANT COUNTY TEXAS*
*2015 APR -7 PM 12:01*
*MARY LOUISE GARCIA*
*COUNTY CLERK*
*BY_____ DE*

---

### CASE INFORMATION

**File Date** 03/11/2015

**Cause of Action**
Claim

**Description/Remedy**
Action
$0.00  Possession

Case Type: **Evictions**

Case
Status:
**04/02/2015  Appealed**
03/27/2015  Case Finalized
03/11/2015  Filed

**Statistical Closures**
04/02/2015    Case Appealed
03/27/2015    Trial/Hearing by Judge - Judgment

---

### CASE ASSIGNMENT

| DATE | |
|---|---|
| | **Current Case Assignment**<br>Case Number      JP06-15-E00054594<br>Court      JP No 06<br>Date Assigned      03/11/2015<br>Judicial Officer      Ritchie, Gary |

---

### PARTY INFORMATION

**Lead Attorneys**

**Plaintiff**      BANK OF AMERICA, N.A.

*Saucedo, Israel*
*Retained*
*214-635-2686(F)*
*214-635-2650(W)*
*PARKWAY OFFICE*
*CENTER*
*14160 NORTH DALLAS*
*PARKWAY*
*SUITE 900*
*DALLAS, TX 75254*
isaucedo@mwzmlaw.com

**Defendant**      MARTINEZ, BLANCA JUAREZ

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| | **EVENTS** |
| 03/11/2015 | Original Petition Filed |
| 03/11/2015 | Generate Label |
| 03/11/2015 | Military Affidavit Filed |
| 03/27/2015 | During the Pendency of Appeal, the Interm Rent Due Is (Judicial Officer: Ritchie, Gary ) |
| 03/27/2015 | Eviction - Statement of Inability to Pay for Appeal Filed |
| 03/27/2015 | Contacted PLTF on Statement of Inability to Pay for Appeal<br>*LEFT MESSAGE* |
| 03/27/2015 | Mailed Pltf Notice-Statement of Inability on Appeal Filed |
| 04/01/2015 | PLTF Never Responded on Statement of Inability to Pay Appeal |
| 04/02/2015 | Statement of Inability to Pay for Appeal Not Contested |
| 04/02/2015 | Statement of Inability to Pay for Appeal Granted |

SCANNED
APR - 8 2015

*Printed on 04/02/2015 at 1:39 PM*

JP6 CIVIL DOCKET

# CASE SUMMARY
## CASE NO. JP06-15-E00054594

| | |
|---|---|
| 04/02/2015 | Transcript of Judgment on Appeal Prepared |
| | *TRANSF TO CCL* |
| 03/27/2015 | **Statistical Closure** |
| | Trial/Hearing by Judge – Judgment |
| 04/02/2015 | **Statistical Closure** |
| | Case Appealed |

## DISPOSITIONS

03/27/2015    **Judgment for Plaintiff** (Judicial Officer: Ritchie, Gary)

Claim :
Judgment
       Awarded To: BANK OF AMERICA, N.A.
       Awarded against: BLANCA MARTINEZ

## HEARINGS

03/27/2015    **Non-Jury Trial** (9:30 AM)  (Judicial Officer: Ritchie, Gary)
     *Judgment*

## SERVICE

03/11/2015    **CITATION**

     MARTINEZ, BLANCA JUAREZ
Served: 03/12/2015 9:45 AM
Anticipated Server: T.C. Constable, Pct. 6
Anticipated Method: In Person
Actual Server: c06
Return Date/Time: 03/12/2015 2:36 PM
Serving Officer: GUTHRIE, MICHAEL B
Serving Method: Occupant
Service Tracking Comment: rec 03/11/15 retn 03/12/15 occ, Alfonso Arroyo

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|
| | **Plaintiff** BANK OF AMERICA, N.A. | | |
| | Total Charges | | 116.00 |
| | Total Payments and Credits | | 116.00 |
| | **Balance Due as of 4/2/2015** | | **0.00** |
| 03/11/2015 | Charge | Plaintiff BANK OF AMERICA, N.A. | 116.00 |
| 03/11/2015 | Mail Payment    Receipt # JP6-2015-01429 | Plaintiff BANK OF AMERICA, N.A. | (116.00) |

*Printed on 04/02/2015 at 1:39 PM*

# EXHIBIT C

FILED
TARRANT COUNTY TEXAS

2015 APR -7  AM 9: 04

MARY LOUISE GARCIA
COUNTY CLERK

BY_____

# Tarrant County Clerk

# Official Time Received

**EXHIBIT D**

CAUSE NO. E54594
2014-0019407

BANK OF AMERICA, N.A.
    **Plaintiff**

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

IN THE JUSTICE COURT

**vs.**

BLANCA JUAREZ MARTINEZ
and ALL OCCUPANTS OF 521
MISTY MOUNTAIN DRIVE, FORT
WORTH, TX 76140-0000
    **Defendant(s)**

PRECINCT 6 PLACE 1

TARRANT COUNTY, TEXAS

## SUIT TO EVICT

THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES. A TENANT WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICEMEMBERS CIVIL RELIEF ACT (50 U.S.C. APP. SECTION 501 ET SEQ.), OR STATE LAW, INCLUDING SECTION 92.017, TEXAS PROPERTY CODE. CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR IF YOU NEED HELP LOCATING AN ATTORNEY. IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR LOW-COST LEGAL ASSISTANCE.

TO THE HONORABLE JUDGE OF SAID COURT:

    COME NOW, BANK OF AMERICA, N.A., (hereinafter "Plaintiff"), and files this Original Petition for Forcible Detainer complaining of **BLANCA JUAREZ MARTINEZ and ALL OCCUPANTS OF 521 MISTY MOUNTAIN DRIVE, FORT WORTH, TX 76140-0000** (hereinafter "Defendants") and would respectfully show the Court as follows:

**I.**

    1.    Plaintiff acquires loan agreements secured by real property in the State of Texas and, when necessary, enforces such security interests. With respect to the Property the subject of this proceeding, Plaintiff is the mortgagee, as "mortgagee" is defined in TEX. PROP. CODE § 51.0001(4).

SCANNED
APR - 8 2015

Defendant(s), BLANCA JUAREZ MARTINEZ and ALL OCCUPANT may be served with process at 521 MISTY MOUNTAIN DRIVE, FORT WORTH, TX 76140-0000. Defendants(s) and all occupants of 521 MISTY MOUNTAIN DRIVE, FORT WORTH, TX 76140-0000 are residents of this County.    Pursuant to Rule 510.4 of the Texas Rules of Civil Procedure, the undersigned verifies that such address is the sole home or work address of these Defendant(s), which is known to the person filing this petition, and that to the best of his or her knowledge, such person knows of no other home or work address of the Defendant(s) in the County where the property is located.

## II.

2.    Defendant(s) are currently in possession of the real property described as follows: LOT THIRTY-THREE (33), BLOCK TWENTY (20), OF DEER CREEK NORTH ADDITION, AN ADDITION TO THE CITY OF FORT WORTH, TARRANT COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN CABINET A, SLIDE 11049, OF THE PLAT RECORDS OF TARRANT COUNTY, TEXAS.

3.    The Property is situated within the jurisdiction of Tarrant County and is herein referred to as the "Property".

## III.

4.    Plaintiff is the owner of the Property pursuant to a Trustee's Deed or Substitute Trustee's Deed, recorded in the Real Property Records of Tarrant County.

## IV.

5.    In accordance with Sections 24.005 and 24.006 of the Texas Property Code,  on 02/27/2015 written demand by certified mail/return receipt requested and First Class Mail was made upon Defendant(s) to vacate the premises located on the Property.  Defendant(s) have failed to honor Plaintiff's demand for possession and have refused to vacate the premises.

## V.

6.    Pursuant to Section 24.002 of the Texas Property Code, Defendant(s) have committed a forcible detainer.

## VI.

7.    As a result of Defendant(s)' forcible detainer, Defendant(s) have been in wrongful possession of the property since the date of a foreclosure sale.

8.    All conditions precedent have been performed or have occurred as required by TEX. R. CIV. P. 54.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that upon final hearing hereof judgment be entered in favor of Plaintiff for: (1) possession of the Property; (2) a writ of possession for the Property; (3) costs of suit for this action; and (4) such other and further relief, general or special, at law or in equity, to which it may show itself to be justly entitled.

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.

Israel Saucedo
State Bar No. 24042221
Michael W. Zientz
State Bar No. 24003232
Brandon Wolf
State Bar No. 24025724
L. Keller Mackie
State Bar No. 24013077
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, Texas 75254
(214) 635-2650 (Phone)
(214) 635-2686 (Fax)

**ATTORNEYS FOR PLAINTIFF**

CAUSE NO. _____

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | § | IN THE JUSTICE COURT |
| | § | |
| | § | |
| vs. | § | |
| BLANCA JUAREZ MARTINEZ and | § | PRECINCT 6 PLACE 1 |
| ALL OCCUPANTS OF 521 MISTY | § | |
| MOUNTAIN DRIVE, FORT WORTH, | § | |
| TX 76140-0000 | § | |
| Defendant(s) | § | TARRANT COUNTY, TEXAS |
| | § | |
| | § | |
| | § | |

## CERTIFICATE OF LAST KNOWN ADDRESS

Pursuant to Tex. R. Civ. P. 239a, BANK OF AMERICA, N.A. ("Plaintiff"), its successors and assigns, by and through its undersigned counsel, hereby certifies that the last known address(es) for Defendant(s) are as follows:

BLANCA JUAREZ MARTINEZ
521 MISTY MOUNTAIN DRIVE, FORT WORTH, TX 76140-0000

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.

Israel Saucedo
State Bar No. 24042221
Michael W. Zientz
State Bar No. 24003232
Brandon Wolf
State Bar No. 24025724
L. Keller Mackie
State Bar No. 24013077
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, Texas 75254
(214) 635-2650 (Phone)
(214) 635-2686 (Fax)

ATTORNEYS FOR PLAINTIFF

15-000249-570

CAUSE NO. _____

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | § | IN THE JUSTICE COURT |
| | § | |
| vs. | § | |
| | § | PRECINCT 6 PLACE 1 |
| | § | |
| BLANCA JUAREZ MARTINEZ | § | |
| and ALL OCCUPANTS OF 521 | § | |
| MISTY MOUNTAIN DRIVE, FORT | § | TARRANT COUNTY, TEXAS |
| WORTH, TX 76140-0000 | § | |
| Defendant(s) | § | |

## PLAINTIFF'S SERVICEMEMBER'S AFFIDAVIT

Before me, the undersigned notary, on this day personally appeared Israel Saucedo, a person whose identity is known to me. After I administered the oath, upon that oath, he said:

"My name is Israel Saucedo, I am capable of making this affidavit. I understand that if I make or use a military status affidavit, knowing it to be false, I may be fined, imprisoned for not more than one year, or both. See 50 U.S. C. app. Section 521 (c). The facts stated in this affidavit are within my personal knowledge and are true and correct.

Defendant BLANCA JUAREZ MARTINEZ are not in the military. In Support, attached are the papers showing military status from the Department of Defense Manpower data center database.

The unknown Occupant(s) Social Security Number is not available because he/she is not the borrower(s) on the loan, and thus, Mackie Wolf Zientz & Mann, P.C. is unable to determine whether or not that Defendant(s) is in the military service.

Date of Execution: 3/03/15

Israel Saucedo
Associate Attorney
State Bar No. 24042221
Mackie Wolf Zientz & Mann, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, Texas 75254
Phone: (214) 635-2650
Facsimile: (214) 635-2686

SWORN TO AND SUBSCRIBED before me by Israel Saucedo on this day 3rd day of March, 2015.

DONALD JOHNSON JR
Notary Public, State of Texas
My Commission Expires
February 18, 2018

Notary Public in and for
the State of Texas

15-000249-570

Department of Defense Manpower Data Center



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

FILED ON 3-11-15 @ 10:11 am

Last Name: **MARTINEZ**
First Name: **BLANCA**
Middle Name: **JUAREZ**
Active Duty Status As Of: **Mar-03-2015**

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: T394ZF695199HA0

## AFFIDAVIT

STATE OF TEXAS           §
COUNTY OF DALLAS         §

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned, who, by me being first duly placed upon his oath, did state:

"My name is Israel Saucedo, I am an attorney for Plaintiff in this eviction matter and as such, I am authorized to make this Affidavit on their behalf.

I have read the foregoing Complaint for Forcible Detainer and the facts stated therein are within my personal knowledge and are true and correct.

The facts contained in this affidavit are within my personal knowledge and are true and correct.

On 02/27/2015 the attached notices to vacate were mailed to the respective addresses.

The records attached to this Petition and Affidavit are true and correct copies of Plaintiff's business records, and were kept by Plaintiff or its agents and representatives in the regular course of business.  It was in the regular course of business of Plaintiff for an employee, agent or representative of Plaintiff with knowledge of the act, event, condition or opinion recorded to make the record or to transmit the information included in such record and the records were made at or near the time indicated, or reasonably soon thereafter.  The documents attached to the Petition are incorporated by reference and made a part of this Affidavit for all purposes and contains ℬ__ pages.


Further, this Affiant sayeth not."



Israel Saucedo


SUBSCRIBED AND SWORN TO on this 3rd day of March, 2015.



Notary Public in and for the
State of Texas


DONALD JOHNSON JR
Notary Public, State of Texas
My Commission Expires
February 18, 2018

Electronically Recorded
Official Public Records

Tarrant County Texas
7/24/2013 9:17 AM    D213193285

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU
MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM
ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE
IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY
NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

TS No.: 12-0063015 FHA
TSG No.: 12-0107657-01
521 MISTY MOUNTAIN DRIVE
FORT WORTH, TX 76140

## SUBSTITUTE TRUSTEE'S DEED

**Deed of Trust Date:**
May 6, 2010

**Grantor(s)/Mortgagor(s):**
BLANCA JUAREZ MARTINEZ, A SINGLE
PERSON

**Original Mortgagee:**
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC

**Current Mortgagee:**
BANK OF AMERICA, N.A.

**Mortgage Servicer:**
Bank of America, N.A.

**Recorded on:** May 10, 2010
As Clerk's File No.: D210108708

**Re-Recorded**

**Property County:**
Tarrant

**Sale of Property Date:**
July 2, 2013

**Time of Sale:** _2 : 50_ AM/PM

**Place of Sale:**
Tarrant County Courthouse, 100 West Weatherford
Street, Fort Worth, TX 76196, The base of the
Courthouse steps on the East side of the building,
Tarrant County Courthouse OR AS
DESIGNATED BY THE COUNTY
COMMISSIONERS.

**Grantee/Buyer:**
BANK OF AMERICA, N.A.

**Grantee/Buyer's Mailing Address:**
400 National Way
SIMI VALLEY, CA 93065

**Amount of Sale:**
$133,993.54

**Legal Description:** LOT THIRTY-THREE (33), BLOCK TWENTY (20), OF DEER CREEK
NORTH ADDITION, AN ADDITION TO THE CITY OF FORT WORTH, TARRANT
COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN
CABINET A, SLIDE 11049, OF THE PLAT RECORDS OF TARRANT COUNTY, TEXAS

Grantor conveyed the property to Trustee in trust to secure payment of the Note. Mortgagee, through the
Mortgage Servicer, declared that Grantor defaulted in performing the obligations of the Deed of Trust.
Current Mortgagee of the Note, through the Mortgage Servicer, accordingly has appointed Substitute
Trustee and requested Substitute Trustee to enforce the trust.

Notices stating the time, place and terms of sale of the property were mailed, posted and filed, as required
by law. Substitute Trustee sold the property to Buyer, who was the highest bidder at the public auction,
for amount of sale in the manner prescribed by law. The subject sale was conducted no earlier than 1:00
PM as set forth in the Notice of Substitute Trustee Sale and was concluded within three (3) hours of such
time. All matters, duties and obligations of Mortgagee were lawfully performed as evidenced by the
affidavit(s) attached hereto and incorporated herein for all purposes.

Substitute Trustee, subject to any matters of record, and for amount of sale paid by buyer as consideration,
grants, sells and conveys to Buyer, Buyer's heirs, executors, administrators, successors or assigns forever,
the property together with all rights and appurtenances belonging to Grantor. Substitute Trustee hereby
sells the above referenced property AS IS without any expressed or implied warranties, except as to
warranties of title, and hereby conveys the property to the purchaser at the purchaser's own risk, pursuant
to the terms of Texas Property Code § 51.002 and § 51.009.

EXECUTED this, 18th day of

_July_ , 2013.

David Stockman, Denise Boerner, Donna Stockman, Rene Urbanczyk, Jeff Johnston, Robert Aguilar, Brett Baugh, Mitch Jordan, Kenny Shivey, Brent Graves, Bob Dickerson, Angie Meley, Rick Montgomery, Phillip Pierzsall, Craig Muirhead, Clay Golden, Jeff Stansberry or RECONTRUST COMPANY, N.A., Substitute Trustee

c/o      RECONTRUST COMPANY, N.A.
        4500 Amon Carter Blvd., TX2-979-02-10
        Fort Worth, TX 76155

STATE OF ____ Texas ____ )
COUNTY OF __ELLIS__ )

On __7-18-13__ , before me _____, personally appeared _____, known to me (or proved to me on the oath of _____ or through _DRIVER LIC_) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

WITNESS MY HAND AND OFFICIAL SEAL

_____
Notary Public's Signature

Prepared By:
ReconTrust Company, N.A.
4500 Amon Carter Blvd.
Fort Worth, TX 76155

After Recording Return To:

    ServiceLink
    7301 N. State Hwy, Ste. 305
    Irving, TX 75039

Jonathan J Day
Notary Public
State of Texas
My Comm. Exp. 04-26-2015

521 Misty Mountain Drive
Fort Worth, TX 76140
TS No.: 12-0063015 FHA
APN No.: 41073940

## AFFIDAVIT

STATE OF TEXAS  }
COUNTY OF TARRANT  }

BEFORE ME, the undersigned authority on this day personally appeared _____ **Krystal Burton**
who after being duly sworn, deposed and stated:

1. I am an employee of RECONTRUST COMPANY, N.A., Substitute Trustee, at the time of the events hereinafter set forth and make this affidavit for the purpose of declaring the incidents of statutory and contractual compliance of the entity or entities set out below.

2. This affidavit is made with respect to the foreclosure of that certain Deed of Trust dated May 6, 2010, recorded on May 10, 2010, as Clerk's File No. D210108708, Real Property Records, Tarrant County, Texas, executed by BLANCA JUAREZ MARTINEZ, A SINGLE PERSON to CALVIN C. MANN, JR., original Trustee(s), in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC

3. Bank of America, N.A., is the Mortgage Servicer for BANK OF AMERICA, N.A. the Mortgagee of the indebtedness secured by said Deed of Trust.

4. To the best of my knowledge and belief, based on my review of the search results placed in RECONTRUST COMPANY, N.A.'s business records, the debtor(s) was/were alive at the time of foreclosure.

5. To the best of my knowledge and belief based on my review of the search results placed in the Servicer's business records, the mortgagors holding an interest in the above described property were not on active duty with any branch of the Armed Forces of the United States or were not protected by the Service Members Civil Relief Act twelve (12) months prior to the Trustee's Sale.

6. At the instruction and on behalf of the Mortgage Servicer, notice of acceleration of indebtedness and Trustee's sale was served on each debtor obligated on the debt, in strict compliance with the Texas Property Code, by certified mail at least twenty-one (21) days prior to the date therein specified for sale at the last known address of each such debtor.

7. At the instruction and on behalf of the Mortgage Servicer, Notice of Substitute Trustee Sale was filed with the County Clerk in the county or counties in which the subject property is situated and copies thereof posted at said courthouse(s) as required by the law and in the manner specified by ordinance and custom.

DATED: 7|8|13                                By: _Krystal Burton 7/8/13_
                                            AFFIANT: **Krystal Burton**
                                            **Assistant Vice President**
                                            TITLE:  **Assistant Vice President**

STATE OF TEXAS
COUNTY OF TARRANT

Subscribed and sworn to before me on this **8th** day of **July** _____, 20 **13** by
**Krystal Burton** _____  **Assistant Vice President** _____ of RECONTRUST COMPANY, N.A..

                                    _____
                                    Notary Public's Signature

Prepared By:
RECONTRUST COMPANY, N.A.
4500 Amon Carter Blvd., TX2-979-02-10
Ft. Worth, TX 76155

After Recording Return To:
ServiceLink
7301 N. State Hwy 161, Ste 305
Irving, TX 75039

J. FLORES
Notary Public, State of Texas
My Commission Expires
October 28, 2013

TXAFFDVTOFNTC_2013.06.EP_06/2013

Mackie, Wolf & Zientz, PC
PO Box 9077
Temecula, CA 92589-9077



PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

9314 7100 1170 0797 2344 31

**RETURN RECEIPT REQUESTED**

Send Correspondence to:
Mackie, Wolf & Zientz, PC
14160 North Dallas Parkway
Suite 900
Dallas, TX 75254

20150227-89

BLANCA JUAREZ MARTINEZ
521 MISTY MOUNTAIN DR
FORT WORTH, TX 76140-7530



1-NOV

9314, 7100, 1170, 0797, 2344, 31

# MACKIE WOLF ZIENTZ & MANN, P.C.
ATTORNEYS AT LAW
PHONE (214) 635-2650 FAX (214) 635-2686

PARKWAY OFFICE CENTER, SUITE 900
14160 NORTH DALLAS PARKWAY
DALLAS, TEXAS 75254
* PLEASE RESPOND TO DALLAS OFFICE

UNION PLAZA
124 WEST CAPITOL, SUITE 1560
LITTLE ROCK, ARKANSAS 72201

15-000249-570
February 27, 2015
VIA CERTIFIED MAIL/RRR
AND REGULAR MAIL
BLANCA JUAREZ MARTINEZ
521 MISTY MOUNTAIN DRIVE
FORT WORTH, TX 76140-0000

Re:     Property Address:     521 MISTY MOUNTAIN DRIVE, FORT WORTH, TX 76140-0000

        MWZ Case No.:     15-000249-570
        3 Day Notice to Vacate Prior to Filing Unlawful Entry and Detainer - Residential

PLEASE TAKE NOTICE: Pursuant to the terms of the Deed of Trust that encumbered the above referenced property a foreclosure sale was held on 07/02/2013. Our client, BANK OF AMERICA, N.A., was the purchaser at the foreclosure sale and based upon the Deed of Trust, you are hereby given this 3-Day Notice to Vacate. You must completely vacate the leased premises by 03/02/15.

Texas Property Code §24.005(b) provides in part:
If the occupant is a tenant at will or by sufferance, the landlord must give the tenant at least three days' written notice to vacate before the landlord files a forcible detainer suit.

If you fail to vacate by the above deadline, we will, on behalf of our client, BANK OF AMERICA, N.A., file a Forcible Detainer lawsuit against you.

**IF YOU ARE AN ACTIVE DUTY MEMBER OF THE UNITED STATES ARMED FORCES OR A DEPENDENT OF AN ACTIVE DUTY SERVICEMEMBER, YOU MAY BE ENTITLED TO RIGHTS AS PROVIDED IN THE SERVICEMEMBERS CIVIL RELIEF ACT. IN SUCH CASE, YOU OR YOUR ATTORNEY SHOULD CONTACT THIS LAW FIRM AND PROVIDE PROOF OF MILITARY SERVICE IMMEDIATELY SO THAT THIS FIRM CAN DETERMINE IF YOU FALL UNDER THE PROTECTION OF THE ACT. PLEASE CONTACT DON JOHNSON OR BRIAN OMMART AT (214) 635-2650.**

**THIS NOTICE IS GIVEN PURSUANT TO APPLICABLE LAW AND IN NO WAY IMPAIRS ANY OF THE OTHER REMEDIES OR RIGHTS OF THE OWNER, EITHER UNDER THE DEED OF TRUST OR UNDER APPLICABLE LAW.**

MWZM No. 15-000249-570
Notice to Vacate – Page 1 of 4



If you have any questions please call our offices at (214) 635-2650.

Issued on February 27, 2015.

Mackie Wolf Zientz & Mann, P.C.

**Public Law 111-22, (May 20, 2009)**
**TITLE VII--PROTECTING TENANTS AT FORECLOSURE ACT (PTFA)[1]**

## SEC. 701. SHORT TITLE.

This title may be cited as the `Protecting Tenants at Foreclosure Act of 2009'.

## SEC. 702. EFFECT OF FORECLOSURE ON PREEXISTING TENANCY.

(a) In General- In the case of any foreclosure on a federally-related mortgage loan or on any dwelling or residential real property after the date of enactment of this title, any immediate successor in interest in such property pursuant to the foreclosure shall assume such interest subject to--

(1) the provision, by such successor in interest of a notice to vacate to any bona fide tenant at least 90 days before the effective date of such notice; and

(2) the rights of any bona fide tenant--

(A) under any bona fide lease entered into before the notice of foreclosure to occupy the premises until the end of the remaining term of the lease, except that a successor in interest may terminate a lease effective on the date of sale of the unit to a purchaser who will occupy the unit as a primary residence, subject to the receipt by the tenant of the 90 day notice under paragraph (1); or

(B) without a lease or with a lease terminable at will under State law, subject to the receipt by the tenant of the 90 day notice under subsection (1),

except that nothing under this section shall affect the requirements for termination of any Federal- or State-subsidized tenancy or of any State or local law that provides longer time periods or other additional protections for tenants.

(b) Bona Fide Lease or Tenancy- For purposes of this section, a lease or tenancy shall be considered bona fide only if--

(1) the mortgagor or the child, spouse, or parent of the mortgagor under the contract is not the tenant;

(2) the lease or tenancy was the result of an arms-length transaction; and

(3) the lease or tenancy requires the receipt of rent that is not substantially less than fair market rent for the property or the unit's rent is reduced or subsidized due to a Federal, State, or local subsidy.

(c) Definition- For purposes of this section, the term `federally-related mortgage loan' has the same meaning as in section 3 of the Real Estate Settlement Procedures Act of 1974 (12 U.S.C. 2602). For purposes of this section, the date of a notice of foreclosure shall be deemed to be the date on which complete title to a property is transferred to a successor entity or person as a result of an order of a court or pursuant to provisions in a mortgage, deed of trust, or security deed.

---

1   The PTFA was clarified and extended in section 1484 of P.L. 111-203 (July 21, 2010).

**SEC. 703. EFFECT OF FORECLOSURE ON SECTION 8 TENANCIES.**

Section 8(o)(7) of the United States Housing Act of 1937 (42 U.S.C. 1437f(o)(7)) is amended--

(1) by inserting before the semicolon in sub paragraph (C) the following: `and in the case of an owner who is an immediate successor in interest pursuant to foreclosure during the term of the lease vacating the property prior to sale shall not constitute other good cause, except that the owner may terminate the tenancy effective on the date of transfer of the unit to the owner if the owner--

(i) will occupy the unit as a primary residence; and

(ii) has provided the tenant a notice to vacate at least 90 days before the effective date of such notice.'; and

(2) by inserting at the end of sub paragraph (F) the following: `In the case of any foreclosure on any federally-related mortgage loan (as that term is defined in section 3 of the Real Estate Settlement Procedures Act of 1974 (12 U.S.C. 2602)) or on any residential real property in which a recipient of assistance under this subsection resides, the immediate successor in interest in such property pursuant to the foreclosure shall assume such interest subject to the lease between the prior owner and the tenant and to the housing assistance payments contract between the prior owner and the public housing agency for the occupied unit, except that this provision and the provisions related to foreclosure in sub paragraph (C) shall not shall not affect any State or local law that provides longer time periods or other additional protections for tenants.

**SEC. 704. SUNSET.**

This title, and any amendments made by this title are repealed, and the requirements under this title shall terminate, on December 31, 2014.

123 STAT. 1632, 1660

**The PTFA law expired on 12/31/2014; however, since the sale date occurred at an earlier date then it has been determined that the law is still in effect for this notice.**



Mackie, Wolf & Zientz, PC
PO Box 9077
Temecula, CA 92589-9077



**PRESORT**
First-Class Mail
U.S. Postage and
Fees Paid
WSO

9314 7100 1170 0797 2344 55

**RETURN RECEIPT REQUESTED**

Send Correspondence to:
Mackie, Wolf & Zientz, PC
14160 North Dallas Parkway
Suite 900
Dallas, TX 75254

20150227-69

Occupant
521 MISTY MOUNTAIN DR
FORT WORTH, TX 76140-7530



2-NOV

9314, 7100, 1170, 0797, 2344, 55

# MACKIE WOLF ZIENTZ & MANN, P.C.

ATTORNEYS AT LAW
PHONE (214) 635-2650   FAX (214) 635-2686

| | |
|---|---|
| PARKWAY OFFICE CENTER, SUITE 900 | UNION PLAZA |
| 14160 NORTH DALLAS PARKWAY | 124 WEST CAPITOL, SUITE 1560 |
| DALLAS, TEXAS 75254 | LITTLE ROCK, ARKANSAS 72201 |
| * PLEASE RESPOND TO DALLAS OFFICE | |

15-000249-570
February 27, 2015
VIA CERTIFIED MAIL/RRR
AND REGULAR MAIL
OCCUPANT
521 MISTY MOUNTAIN DRIVE
FORT WORTH, TX 76140-0000

Re:   Property Address:   521 MISTY MOUNTAIN DRIVE, FORT WORTH, TX 76140-0000
      MWZM Case No.:    15-000249-570
      **3 Day Notice to Vacate Prior to Filing Unlawful Entry and Detainer - Residential**

PLEASE TAKE NOTICE: Pursuant to the terms of the Deed of Trust that encumbered the above referenced property a foreclosure sale was held on 07/02/2013. Our client, BANK OF AMERICA, N.A., was the purchaser at the foreclosure sale and based upon the Deed of Trust, you are hereby given this 3-Day Notice to Vacate. You must completely vacate the leased premises by 03/02/15.

Texas Property Code §24.005(b) provides in part:
If the occupant is a tenant at will or by sufferance, the landlord must give the tenant at least three days' written notice to vacate before the landlord files a forcible detainer suit.

If you fail to vacate by the above deadline, we will, on behalf of our client, BANK OF AMERICA, N.A., file a Forcible Detainer lawsuit against you.

## ALTERNATIVE NINETY (90) DAY NOTICE

*In the event any occupant of the Premises is a bona fide tenant as defined by PTFA, this letter is the NINETY (90) DAY Notice to Vacate as required by PTFA. The PTFA law expired on 12/31/2014; however, since the sale date occurred at an earlier date then it has been determined that the law is still in effect for this notice.*

If you are a tenant under a lease agreement with the prior owner, please provide our office with a copy of that lease agreement and proof of payment of the last 90 days of lease payments.

**IF YOU ARE AN ACTIVE DUTY MEMBER OF THE UNITED STATES ARMED FORCES OR A DEPENDENT OF AN ACTIVE DUTY SERVICEMEMBER, YOU MAY BE ENTITLED TO RIGHTS AS PROVIDED IN THE SERVICEMEMBERS CIVIL RELIEF ACT. IN SUCH CASE, YOU OR YOUR ATTORNEY SHOULD CONTACT THIS LAW FIRM AND PROVIDE PROOF OF MILITARY SERVICE IMMEDIATELY SO THAT THIS FIRM CAN DETERMINE IF YOU FALL UNDER THE PROTECTION OF THE ACT. PLEASE CONTACT DON JOHNSON OR BRIAN OMMART AT (214) 635-2650.**

MWMZ NO. 15-000249-570
NOTICE TO VACATE – PAGE 1 OF 4



**THIS NOTICE IS GIVEN PURSUANT TO APPLICABLE LAW AND IN NO WAY IMPAIRS ANY OF THE OTHER REMEDIES OR RIGHTS OF THE OWNER, EITHER UNDER THE DEED OF TRUST OR UNDER APPLICABLE LAW.**

If you have any questions please call our offices at (214) 635-2650.

Issued on February 27, 2015.

Mackie Wolf Zientz & Mann, P.C.

MWMZ NO. 15-000249-570
NOTICE TO VACATE – PAGE 2 OF 4



**Public Law 111-22, (May 20, 2009)**
**TITLE VII--PROTECTING TENANTS AT FORECLOSURE ACT (PTFA)[1]**

### SEC. 701. SHORT TITLE.

This title may be cited as the `Protecting Tenants at Foreclosure Act of 2009'.

### SEC. 702. EFFECT OF FORECLOSURE ON PREEXISTING TENANCY.

(a) In General- In the case of any foreclosure on a federally-related mortgage loan or on any dwelling or residential real property after the date of enactment of this title, any immediate successor in interest in such property pursuant to the foreclosure shall assume such interest subject to--

(1) the provision, by such successor in interest of a notice to vacate to any bona fide tenant at least 90 days before the effective date of such notice; and

(2) the rights of any bona fide tenant--

(A) under any bona fide lease entered into before the notice of foreclosure to occupy the premises until the end of the remaining term of the lease, except that a successor in interest may terminate a lease effective on the date of sale of the unit to a purchaser who will occupy the unit as a primary residence, subject to the receipt by the tenant of the 90 day notice under paragraph (1); or

(B) without a lease or with a lease terminable at will under State law, subject to the receipt by the tenant of the 90 day notice under subsection (1),

except that nothing under this section shall affect the requirements for termination of any Federal- or State-subsidized tenancy or of any State or local law that provides longer time periods or other additional protections for tenants.

(b) Bona Fide Lease or Tenancy- For purposes of this section, a lease or tenancy shall be considered bona fide only if--

(1) the mortgagor or the child, spouse, or parent of the mortgagor under the contract is not the tenant;

(2) the lease or tenancy was the result of an arms-length transaction; and

(3) the lease or tenancy requires the receipt of rent that is not substantially less than fair market rent for the property or the unit's rent is reduced or subsidized due to a Federal, State, or local subsidy.

(c) Definition- For purposes of this section, the term `federally-related mortgage loan' has the same meaning as in section 3 of the Real Estate Settlement Procedures Act of 1974 (12 U.S.C. 2602). For purposes of this section, the date of a notice of foreclosure shall be deemed to be the date on which complete title to a property is transferred to a successor entity or person as a result of an order of a court or pursuant to provisions in a mortgage, deed of trust, or security deed.

---

1   The PTFA was clarified and extended in section 1484 of P.L. 111-203 (July 21, 2010).

**SEC. 703. EFFECT OF FORECLOSURE ON SECTION 8 TENANCIES.**

    Section 8(o)(7) of the United States Housing Act of 1937 (42 U.S.C. 1437f(o)(7)) is amended--

    (1) by inserting before the semicolon in sub paragraph (C) the following: `and in the case of an owner who is an immediate successor in interest pursuant to foreclosure during the term of the lease vacating the property prior to sale shall not constitute other good cause, except that the owner may terminate the tenancy effective on the date of transfer of the unit to the owner if the owner--

        (i) will occupy the unit as a primary residence; and

        (ii) has provided the tenant a notice to vacate at least 90 days before the effective date of such notice.'; and

    (2) by inserting at the end of sub paragraph (F) the following: `In the case of any foreclosure on any federally-related mortgage loan (as that term is defined in section 3 of the Real Estate Settlement Procedures Act of 1974 (12 U.S.C. 2602)) or on any residential real property in which a recipient of assistance under this subsection resides, the immediate successor in interest in such property pursuant to the foreclosure shall assume such interest subject to the lease between the prior owner and the tenant and to the housing assistance payments contract between the prior owner and the public housing agency for the occupied unit, except that this provision and the provisions related to foreclosure in sub paragraph (C) shall not shall not affect any State or local law that provides longer time periods or other additional protections for tenants.

**SEC. 704. SUNSET.**

    This title, and any amendments made by this title are repealed, and the requirements under this title shall terminate, on December 31, 2014.

    123 STAT. 1632, 1660



**EXHIBIT E**

CAUSE #JP06-15-E00054594
IN THE JUSTICE COURT
PRECINCT SIX
TARRANT COUNTY, TEXAS

FILED
TARRANT COUNTY TEXAS
2015 APR -7 PM 12: 00
MARY LOUISE GARCIA
COUNTY CLERK
BY_____

BANK OF AMERICA, N.A.
VS
BLANCA JUAREZ MARTINEZ
AND ALL OCCUPANTS

J U D G M E N T

ON THE 27TH DAY OF MARCH, 2015 CAME TO BE HEARD THE ABOVE NUMBERED AND ENTITLED CAUSE, AND THE PLAINTIFF(S) ATTORNEY AND THE DEFENDANT(S) ATTORNEY, APPEARED AND ANNOUNCED READY FOR TRIAL. THE COURT, AFTER FULLY HEARING THE PLEADINGS, EVIDENCE AND ARGUMENT OF PARTIES, FINDS FOR THE PLAINTIFF(S).

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED BY THE COURT THAT PLAINTIFF(S), BANK OF AMERICA, N.A., DO HAVE AND RECOVER OF THE DEFENDANT(S), BLANCA JUAREZ MARTINEZ AND ALL OCCUPANTS, POSSESSION ONLY OF THE FOLLOWING DESCRIBED PREMISES SITUATED IN JUSTICE PRECINCT SIX, TARRANT COUNTY, TEXAS, TO WIT: 521 MISTY MOUNTAIN DRIVE  FORT WORTH TX  76140 PLUS ALL COSTS OF THIS SUIT, TOGETHER WITH INTEREST THEREON AT THE RATE OF 5.0000% COMPOUNDED ANNUALLY FROM DATE OF JUDGMENT.

IT IS FURTHER ORDERED THAT A WRIT OF POSSESSION ISSUE TO THE PROPER OFFICER COMMANDING HIM TO SEIZE POSSESSION OF THE SAID ABOVE DESCRIBED PREMISES AND DELIVER SAME TO PLAINTIFF(S) IF DEFENDANT FAILS TO VACATE BY APRIL 01, 2015 AND FURTHER THAT EXECUTION ISSUE FOR COLLECTION OF ALL MONIES DUE TO THE PLAINTIFF(S).

SIGNED THIS 27TH DAY OF MARCH, 2015.

JUSTICE OF THE PEACE
PRECINCT SIX
TARRANT COUNTY, TEXAS

SCANNED
APR - 8 2015

**EXHIBIT F**

Case Number: _JP06-15-E00054594_

Bank of America, N.A
**PLAINTIFF**

IN THE JUSTICE COURT

**VS**

Blanca Juarez Martinez
**DEFENDANT**
817-706-9173
**Current Daytime Telephone Number of Defendant(s)**

**PRECINCT 6**

**TARRANT COUNTY, TEXAS**

2015 MAR 27 PM 9

## SWORN STATEMENT OF INABILITY TO PAY OR SECURE COSTS FOR APPEAL

On this day personally appeared **Blanca Juarez Martinez** Plaintiff/Defendant in the above-styled and numbered cause, and as appellant, desires to appeal to the County Court at Law of Tarrant County, Texas; and under penalty of perjury states that, on the 27 day of **March** 20 15 in the above-styled and numbered cause before GARY RITCHIE, the Justice of the Peace of Precinct 6, Tarrant County, Texas. **Bank of America, N.A.** Plaintiff/Defendant, appellee, recovered judgment against **Blanca Juarez Martinez**, appellant, for the sum of $____O____, plus costs of suit, and that appellant is unable to pay the costs of appeal or any part thereof, or to give security thereof or any part thereof.

**APPELLANT INFORMATION:**
I am (check one) _____ Married _✓_ Single _____ Divorced
Number and ages of dependants and where do they reside: **one (age 2)**

Employed by: **None (Work visa expired)**
Address of Employer: **None**
My earnings are: $ _____O_____ per week, $ _____O_____ per month

(Alfonso order) I have other income as follows including any governmental entitlement income (state source and amount): **Boyfriend/father of my daughter lives with me and helps with expenses. Alfonso works as a painter and he makes about $1600 a month**
Amount of Monthly Court Ordered Support $ _____O_____

**I OWN THE FOLLOWING PROPERTY:**
HOME (Address): **None**
Monthly payment: $ _____O_____ Balance Owed: $ _____O_____
List All Cars/Trucks Owned: **2004 Ford E-150**
Monthly payments: $ _____O_____ Balances Owed: $ _____O_____

Other Land, Buildings, etc. Owned: **None**

Other Notes, Mortgages, Trust Deeds: **Owe IRS taxes of $5000**
Monthly payment: $ **80 /month** Balance Owed: $ **5000**
Other Vehicles or Mobile Homes: **None**

Savings Bonds (Present Value) $ _____O_____
Stocks & Bonds (Description, Value) $ _____O_____
List all other Debts and Monthly Expenses:
Credit Card $300/month
Utilities $400/month
Gasoline $250/month
Car Insurance $100/month
Groceries $300/month
other incidentals
laundry etc $100

BY MARY LOUISE GARCIA COUNTY CLERK 2015 APR -7 PM 12: 00 FILED TARRANT COUNTY TEXAS

SCANNED
APR - 8 2015

1

**I have the following money:**

A. In Jail                          $   0
B. At Home                      $   20⁰⁰
C. In Checking
   Accounts                     $   0
D. In Savings
   Accounts                     $   0

E. In Safety deposit box          $   0
F. Being Held/Owed to Me       $   0
G. Other                             $   0

*Teacher Retirement  unknown*

**INFORMATION ON ~~SPOUSE~~:** *Father of Daughter*
Name: *Alfonso Ordaz*
Employed by: *self employed* ~~~~ *Painter (does job when he can get work;*
Address of Employer: *from home (521 Mists Mountain Dr.)*   *does not*
His/Her Earnings are: $~~~~ per week  $  *1600*  per month   *have visa)*

*I AM UNABLE TO PAY COURT FEES.  I VERIFY THAT THE STATEMENTS MADE IN THIS
STATEMENT ARE TRUE AND CORRECT UNDER PENALTY OF PERJURY.*

SIGNED ON THIS *27* DAY OF *March*, 20 *15* BY THE SAID *Blanca
Juarez Martinez*, APPELLANT, UNDER PENALTY OF PERJURY.

_____
Signature of Appellant

**ORDER**

APPROVED/DENIED this *2* day of *April*, 20 *15*.

_____
JUSTICE OF THE PEACE
PRECINCT 6
TARRANT COUNTY, TEXAS

2

**EXHIBIT G**

**TRANSCRIPT OF JUDGMENT**
(CIVIL)

FILED
TARRANT COUNTY JUSTICE COURT, PRECINCT SIX
TARRANT COUNTY, TEXAS
2015 APR -7 PM 12: 01

MARY LOUISE GARCIA
COUNTY CLERK

JP06-15-E00054594

BANK OF AMERICA, N.A.
   PLAINTIFF

BY_____ TB          ISRAEL SAUCEDO
                      PLAINTIFF'S ATTORNEY

VS

BLANCA JUAREZ MARTINEZ
AND ALL OCCUPANTS
DEFENDANT                         DEFENDANT'S ATTORNEY

SUIT UPON POSSESSION ONLY IN THE TOTAL AMOUNT OF $-0- AND COSTS OF COURT FILED ON MARCH 11, 2015, CITATION ISSUED ON MARCH 11, 2015 TO JON SIEGEL, CONSTABLE PRECINCT NO. SIX, TARRANT COUNTY, TEXAS.   CITATION RETURNED ON MARCH 12, 2015 AND EXECUTED ON MARCH 12, 2015.

**SEE ATTACHED A TRUE AND CORRECT COPY OF CASE SUMMARY PAGE INCLUDING ALL ENTRIES AND THE BILL OF COSTS.**

**THE STATE OF TEXAS**
**COUNTY OF TARRANT**

I, **GARY RITCHIE**, JUSTICE OF THE PEACE, PRECINCT SIX, TARRANT COUNTY, TEXAS, DO HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF ALL THE ENTRIES ON MY DOCKET IN CASE NO. **JP06-15-E00054594**, WHEREIN, **BANK OF AMERICA, N.A.**, PLAINTIFF VS **BLANCA JUAREZ MARTINEZ**, DEFENDANT, TOGETHER WITH A TRUE AND CORRECT COPY OF THE BILL OF COSTS IN SAID CAUSE, AS SAME APPEARS ON SAID CASE SUMMARY SHEET.

**WITNESS MY HAND** ON THIS THE 2ND DAY OF APRIL, 2015.

_Gary Ritchie_
JUSTICE OF THE PEACE PRECINCT SIX
TARRANT COUNTY TEXAS

SCANNED
APR - 8 2015

**EXHIBIT H**

**Mary Louise Garcia**
Tarrant County Clerk
100 W. Weatherford St.
Ft. Worth, Texas 76196-0401

April 07, 2015

Blanca Juarez Martinez and all occupants          RE: JP06-15-E00054594
521 Misty Mountain DR                              A Forcible Detainer
Ft Worth TX  76140

Bank of America, N.A. vs Blanca Juarez Martinez and all occupants
County Court at Law Case No. <u>2015-001940-1</u>, Filed <u>04/07/2015</u>

Dear Sir or Madam,

The above case has been appealed from the Justice of the Peace Court to the County Court at Law No. <u>1</u>. <u>All pleadings are required by law to be in writing. (Rule 45, TRCP)</u> The style of the case does not change when it is appealed to County Court at Law.

This case is an appeal from an eviction proceeding (Forcible Entry and Detainer). A <u>WRITTEN ANSWER</u> (a formal <u>written statement made by the defendant stating his defense</u>) must be filed within eight (8) full days from the date the appeal was filed in this court as indicated above. If the defendant <u>does not file a written answer</u> with this court within <u>eight days</u>, the allegations of the complaint may be taken as <u>admitted</u> and a <u>judgment by default</u> may be entered accordingly. (Rule 510.12, TRCP)

<u>Cases in County Courts at Law are not automatically set for trial by the court. Either party may set the case for trial in writing. Upon requesting a setting you must forward a copy of your request to the other side. A ten (10) day notice to the other side is required when you request a trial setting.</u>

    a.) Individuals can represent themselves, but <u>may not</u> be represented by any agent other than a licensed attorney.
    b.) Corporations <u>shall</u> be represented by a licensed attorney.
    c.) A general partnership <u>shall</u> be represented by at least one of the general partners or a licensed attorney.
    d.) A limited partnership <u>shall</u> be represented by a general, not a limited, partner or a licensed attorney.

Please keep the above County Court at Law case number and refer to it when inquiring. For information regarding a court setting call the Court Coordinator at <u>(817) 884-2761</u>. For all other information call the Court clerks at <u>(817) 884-1485 or (817) 212-7074</u>

Mary Louise Garcia, Clerk
County Courts at Law of
Tarrant County, Texas

Teresa Bryant, Deputy

cc:   Israel Saucedo
     PARKWAY OFFICE CENTER
     14160 NORTH DALLAS PARKWAY
     SUITE 900
     DALLAS TX  75254

COPY

SCANNED
APR - 8 2015

**EXHIBIT I**



# TARRANT COUNTY

### FORT WORTH, TEXAS 76196-0240

DON PIERSON

JUDGE

COUNTY COURT AT LAW No. 1

817/884-1457

TRACY WOOD

COURT COORDINATOR

817/884-2761

April 07, 2015

Blanca Juarez Martinez and all occupants
521 Misty Mountain DR
Ft Worth TX  76140

RE: 2015-001940-1

Bank of America, N.A. vs Blanca Juarez Martinez and all occupants

Dear Sir or Madam,

The above case has been appealed from the Justice of the Peace Court to County Court at Law No. 1 on a PAUPER'S AFFIDAVIT. Pursuant to Section 25.0020 of the Texas Government Code, if your appeal as a pauper is perfected, you may request a pro bono ("free") attorney to represent you in this case.

While this court may appoint any qualified attorney who is willing to provide services for free, at this time, the only pro bono legal services program in Tarrant County is Legal Aid of NorthWest Texas. If you wish to request a free attorney for you in this matter, please contact by phone or in person Legal Aid of NorthWest Texas at the following:

**Vivian Quesada**
**Legal Aid of NorthWest Texas**
600 E. Weatherford St.
Fort Worth, Texas  76102



(817) 336-3957, Ext. 5017
(817) 877-0804 (Fax)

**Legal Aid of NorthWest Texas** has limited resources, and can only accommodate a small percentage of the requests it receives. <u>If you desire such an attorney, you must make a request immediately</u>. Please Note: The delay or denial of your request will not delay the trial. If Ms. Quesada does not answer the phone, please leave a message and someone from her office will call you back the same day.

Sincerely,



Don Pierson

cc:   Israel Saucedo

**EXHIBIT J**

E-FILED
TARRANT COUNTY, TEXAS
6/5/2015 11:01:40 AM
MARY LOUISE GARCIA
COUNTY CLERK
BY: M.W. B.

CAUSE NO. 2015-001940-1

| | | |
|---|---|---|
| BANK OF AMERICA, N.A | § | IN THE COUNTY CIVIL COURT |
| | § | |
| | § | AT LAW NO. ONE (1) |
| v. | § | |
| | § | TARRANT COUNTY, TEXAS |
| BLANCA JUAREZ MARTINEZ, AND | § | |
| ALL OCCUPANTS OF 521 MISTY | § | |
| MOUNTAIN DRIVE, FORT WORTH, | § | |
| TX 76140 | § | |

## NOTICE OF APPEARANCE OF MARINOSCI LAW GROUP, P.C.
## ON BEHALF OF PLAINTIFF, BANK OF AMERICA, N.A.

PLEATE TAKE NOTCE that I, ~~JONATHAN M. WILLIAMS~~, of the firm Marinosci

Law Group, P.C., do hereby appear in the above caption civil action on behalf of the Plaintiff,

Bank of America, N.A.

Respectfully submitted,
MARINOSCI LAW GROUP, P.C.

☐ Christopher K. Baxter
State Bar 90001747
☒ Jonathan M. Williams
State Bar 00791932
14643 Dallas Parkway, Suite 750
Dallas, TX 75254
Telephone (972) 331-2300
Fax (972) 331-5240
ATTORNEY FOR PLAINTIFF
jwilliams@mlg-defaultlaw.com

Attorneys for Plaintiff

Israel Saucedo, 24042221
**MACKIE, WOLF, ZIENTZ & MANN, P.C.**
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**MARINOSCI LAW GROUP, P.C.**
14643 Dallas Parkway, Suite 750
Dallas, TX 75254
Telephone (972) 331-2300
Fax (972) 331-5240

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

U.S. Mail on this ___4th___ day of ___June___, 2015 to the following:

Blanca Juarez Martinez
521 Misty Mountain Drive
Fort Worth, TX 76140

All Occupants
521 Misty Mountain Drive
Fort Worth, TX 76140

Israel Saucedo, 24042221
MACKIE, WOLF, ZIENTZ & MANN, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254

☐ Christopher K. Baxter
☑ Jonathan M. Williams

**EXHIBIT K**

E-FILED
TARRANT COUNTY, TEXAS
6/9/2015 10:01:10 AM
MARY LOUISE GARCIA
COUNTY CLERK
BY: M.W. B.

## CAUSE NO. 2015-001940-1

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | § | IN THE COUNTY COURT |
|    Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | AT LAW NUMBER ONE (1) |
| BLANCA JUAREZ MARTINEZ | § | |
| and ALL OCCUPANTS OF 521 | § | |
| MISTY MOUNTAIN DRIVE, FORT | § | |
| WORTH, TX 76140-0000 | § | TARRANT COUNTY, TEXAS |
|    Defendant(s) | § | |
| | § | |

### BUSINESS RECORDS AFFIDAVIT

STATE OF TEXAS     §
COUNTY OF DALLAS     §

     BEFORE ME, the undersigned authority, on this day personally appeared Brian Ommart, who is over the age of eighteen years, is fully qualified and authorized to give this Affidavit and has personal knowledge of the matter addressed herein. After being duly sworn on his oath stated:

     "My name is Brian Ommart. I am the Eviction legal assistant for Mackie Wolf Zientz & Mann, P. C. (hereinafter MWZM). I am also the custodian of MWZM's eviction records. The records attached to the Affidavit are records which were obtained and kept in the regular course of business by MWZM so that MWZM, on behalf of the Plaintiff, BANK OF AMERICA, N.A. (hereinafter "Plaintiff"), could obtain possession of the Property located at 521 MISTY MOUNTAIN DRIVE, FORT WORTH, TX 76140-0000. The records attached to this Affidavit include documents from MWZM in the custody of MWZM. The records are the source of the exhibits attached to this Affidavit. It was in the regular course of business that an employee or representative of MWZM obtained these documents and records which were kept and generated in MWZM's regular course of business which are essential and required to obtain possession for Plaintiff. As to the business records attached to this Affidavit, MWZM, with knowledge of the

15-000249-570

act, event, condition or opinion recorded, obtained the business record which were received, checked, verified and then incorporated into, and made an integral part of, MWZM's business records and file, and kept in its regular course of business; or MWZM made the record or transmitted the information to be included in such records. The records were made at or near the time, or reasonably soon after the act, event, or condition recorded. The records attached to this Affidavit are the originals or exact duplicates of the original and contain _____ pages.

Further, this Affiant sayeth not."

Brian Ommart

SUBSCRIBED AND SWORN TO on this 13th day of May, 2015.

Notary Public in and for the
State of Texas

DONALD JOHNSON JR
Notary Public, State of Texas
My Commission Expires
February 18, 2018

15-000249-570

**EXHIBIT L**

E-FILED
TARRANT COUNTY, TEXAS
6/10/2015 12:03:40 PM
MARY LOUISE GARCIA
COUNTY CLERK
BY: M.W. B.

## CAUSE NO. 2015-001940-1

| | | |
|---|---|---|
| BANK OF AMERICA, N.A | § § § § | IN THE COUNTY CIVIL COURT |
| | § | AT LAW NO. ONE (1) |
| v. | § § | TARRANT COUNTY, TEXAS |
| BLANCA JUAREZ MARTINEZ, AND ALL OCCUPANTS OF 521 MISTY MOUNTAIN DRIVE, FORT WORTH, TX 76140 | § § § § § | |

## NOTICE OF FILING OF BUSINESS RECORDS AFFIDAVIT

COMES NOW Bank of America, N.A. ("Plaintiff" and "Noteholder"), its successors in interest and assigns and files this Notice of Filing of Business Records Affidavit. Plaintiff would respectfully show the court as follows:

1.      Plaintiff files this pleading to provide notice, as required by Texas Rule of Evidence 902(10), that it has filed an affidavit with business records that Plaintiff intends to introduce at trial.

2.      Plaintiff filed a certificate of mailing and business records affidavit produced under Rule 902(10) with the clerk of the court for inclusion with the papers in this case.

3.      This notice is provided to the other parties promptly after filing the affidavit and records. Notice is served in the manner contemplated by Texas Rule of Civil Procedure 21a, at least 14 days before the commencement of trial.

4.      The name and employer of the person making the affidavit is as follows: Brian Ommart, employee of the law firm Mackie, Wolf, Zientz, & Mann.

5.      The records are available to the attorneys for other parties for inspection and copying at the office of Plaintiff's attorney. As provided by Rule 902(10), the expense for copying shall be borne by the party seeking copies.

Respectfully submitted,
MARINOSCI LAW GROUP, P.C.

Christopher K. Baxter
State Bar 90001747
Jonathan M. Williams
State Bar 00791932
14643 Dallas Parkway, Suite 750
Dallas, TX 75254
Telephone (972) 331-2300
Fax (972) 331-5240
ATTORNEY FOR PLAINTIFF
jwilliams@mlg-defaultlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Filing of Business Records Affidavit and the Business Records Affidavit with the Attached Exhibits have been forwarded by certified mail, return receipt requested, to:

On the ____ day of _____, 2015.

Christopher K. Baxter
Jonathan M. Williams

Blanca Juarez Martinez
521 Misty Mountain Drive
Fort Worth, TX 76140

CMRRR#

91 7199 9991 7035 5916 8695

All Occupants
521 Misty Mountain Drive
Fort Worth, TX 76140

CMRRR#

91 7199 9991 7035 5916 8688

**EXHIBIT M**

E-FILED
TARRANT COUNTY TEXAS
6/18/2015 9:19:59 AM
MARY LOUISE GARCIA
COUNTY CLERK
BY: C.D. R.



PHILLIP A. NORMAN, ESQ.
Admitted in IN

CHAD MORRONE, ESQ.
Admitted in MA

GREGG DREILINGER, ESQ.
Admitted in FL

GARY MARINOSCI, ESQ.
Admitted in RI & MA

ROBERT COLEMAN, ESQ.
Admitted in AR & TN

CHRISTOPHER BAXTER, ESQ.
Admitted in AR & TX

ANDREA N. COFFEE, ESQ.
Admitted in NH, NC & MA

AMANDA TIERNAN, ESQ.
Admitted in CT

June 18, 2015

Attn: Tracey Wood
County Court at Law One
100 W. Weatherford Street, Room 490
Fort Worth, TX, 76196-0240

RE: Our File. 15-06568
    Cause #   2015-001940-1
              Bank of America, N.A.
              vs
              Blanca Juarez Martinez and all Occupants of
              521 Misty Mountain Drive, Fort Worth, TX 76140

Dear Ms. Wood,

    Please accept this letter as Marinosci Law Group's request for cause number 2015-001940-1 to be set for hearing.

    Thank you for your prompt assistance in this matter. If you have any questions or to provide hearing information, please do not hesitate to contact me.

Very truly yours,

/s/ Marla Blum
Marla Blum, Paralegal
*On behalf of Attorney Jonathan Williams*
**Marinosci Law Group, P.C.**
275 West Natick Road, Suite 500
Warwick, RI 02886
(401) 234-9200 ext. 343
mblum@mlg-defaultlaw.com

**EXHIBIT N**

CASE: 2015-001940-1

| | | |
|---|---|---|
| Bank of America, N.A. | § | IN THE COUNTY COURT |
| vs | § | |
| Blanca Juarez Martinez and all occupants | § | AT LAW NO. 1 |
| | § | |
| | § | TARRANT COUNTY, TEXAS |
| | § | |

## O R D E R
### (NON-JURY DOCKET)

IT IS ORDERED THAT THE ABOVE-STYLED AND NUMBERED CAUSE IS SET FOR TRIAL, IN ACCORDANCE WITH LOCAL RULE 3.01, IN THE COURTROOM OF TARRANT COUNTY COURT AT LAW NO. 1 ON THURSDAY, JULY 02, 2015 AT 1:30 PM.

SIGNED ON THIS THE 18TH DAY OF JUNE, 2015.

_____
JUDGE PRESIDING

LOCATION OF COURTROOM
Old Tarrant County Courthouse
4th Floor-County Court At Law #1
100 W. Weatherford Street, Room 490
Fort Worth Texas  76196-0401
817-884-1457

IN THE EVENT ANY WITNESSES WILL HAVE ANY DIFFICULTY SPEAKING OR UNDERSTANDING ENGLISH, PLEASE MAKE ARRANGEMENTS FOR AN INTERPRETER.

YOU ARE GOING TO TRIAL
NO FURTHER NOTICE WILL BE GIVEN
PLEASE APPEAR WITH YOUR WITNESSES AT THE ABOVE STATED DATE AND TIME.

File Copy

SCANNED
JUN 1 9 2015

# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISON

BANK OF AMERICA, N.A.　　　　　§
　　　　　　　　　　　　　　　　§
Plaintiff,　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
V.　　　　　　　　　　　　　　　§　　CIVIL ACTION :
　　　　　　　　　　　　　　　　§
BLANCA JUAREZ MARTINEZ &　　§
ALL OCCUPANTS　　　　　　　　§
　　　　　　　　　　　　　　　　§
Defendant.　　　　　　　　　　　§

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

　　　Defendant, Alfonso Arroyo, submits the following list of persons and entities who may have a financial interest in the outcome of this lawsuit:

1. Blanca Juarez Martinez

2. Alfonso Arroyo

3. Bank of America

Respectfully submitted,

_Alfonso Arroyo_

Alfonso Arroyo
Pro Se
521 Misty Mountain Dr.
Fort Worth, TX 76140

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon the below named Attorney for the Plaintiff via Certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, on this 2 9 day of June 2015 as follows:

Jonathan M. Williams
Marinosci Law Group, PC
14643 Dallas Parkway
Suite 750
Dallas, TX 75254
ATTORNEY FOR PLAINTIFF

Alfonso Arroyo
Pro Se
521 Misty Mountain Dr.
Fort Worth, TX 76140